## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| John Doe 1 by and through his mother, Mary Doe, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Case No.: 1:22-cv-04489-VMC |
| v. | : | |
| | : | |
| Varsity Brands, LLC, Varsity Spirit, LLC, Varsity Brands Holding Company, Inc., U.S. All Star Federation, Inc. d/b/a U.S. All Star Federation, USA Federation for Sport Cheering d/b/a USA Cheer, Charlesbank Capital Partners, LP, Bain Capital, LP, Jeff Webb, individually, Stingray Cheer Company, Inc., David S. Jones, II, Juan Carlos Realpe, Joel Kreider, and Robert Stone, | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF CLIENT CONSENT TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.1(E)(2), the undersigned counsel Elizabeth J. Campbell, Esq., hereby files this Certificate of Consent to Withdraw as Counsel of Record for Defendant Jeff Webb ("Mr. Webb") in the above-referenced action.

Bryan G. Harrison of the law firm of Locke Lord LLP will continue to serve as lead counsel for Mr. Webb.

1

Per the terms of the Local Rule 83.1(E)(3), Mr. Webb has been advised of the following:

- The Court will retain jurisdiction over this action;

- The client understands that he has an obligation to keep the Court informed of his location where notices, pleadings, or other papers may be served;

- Failure or refusal to satisfy court-related obligations could result in adverse consequences;

- The dates of any scheduled proceedings will not be affected by the withdrawal of counsel; and

- Notices for Mr. Webb may be served on his counsel, Bryan Harrison, as noted below.

As evidenced by the signature below, Mr. Webb consents to the requested withdrawal of Ms. Campbell.

Following the filing of this certificate, all communications, pleadings, orders, and notices from the Court, counsel of record and interested parties relating to the above-styled action should no longer be directed to Ms. Campbell.

Dated: February 15, 2023.

LOCKE LORD LLP

*/s/ Elizabeth J. Campbell*
Elizabeth J. Campbell
Georgia Bar No. 349249
*ecampbell@lockelord.com*
Terminus 200, Suite 2000
3333 Piedmont Road NE
Atlanta, GA 30305
(404) 870-4679
(404) 806-5679 (fax)

*Attorney for Defendant Jeff Webb*

**Consented to By:**

By: _____

*Defendant Jeff Webb*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 15, 2023, I electronically filed the foregoing

**CERTIFICATE OF CLIENT CONSENT TO WITHDRAW AS COUNSEL**

with the Clerk of Court using the CM/ECF system, which will automatically serve

the following counsel of record:

Alexandra Benevento
Amy E. Willbanks
Bakari T. Sellers
Jessica L. Fickling
Strom Law Firm, LLC
6923 N. Trenholm Road, Suite 200
Columbia, SC 29206
*awillbanks@stromlaw.com*
*bsellers@stromlaw.com*
*jfickling@stromlaw.com*

*Pro Hac Vice Counsel for Plaintiff*

Sarah Russell Smith
Lewis Brisbois Bisgaard & Smith
24 Greenway Plaza, Suite 1400
Houston, TX 77046

*Pro Hac Vice Counsel for Defendant
U.S. All Star Federation*

James William Cobb
Katherine Wheeler Gamsey
Caplan Cobb LLC
75 14th Street NE, Suite 2700
Atlanta, GA 30309
*jcobb@caplancobb.com*
*kgamsey@caplancobb.com*

*Counsel for Defendant Charlesbank
Capital Partners, LP*

Andrew Michael Capobianco
John Roger Lowery
Richard S. Bruno
Mozley, Finlayson & Loggins LLP
1050 Crown Pointe Parkway, Ste 1500
Atlanta, GA 30338
*acapobianco@mfllaw.com*
*jlowery@mfllaw.com*
*rbruno@mfllaw.com*

*Counsel for Stingray Cheer Company,
David S. Jones, Juan Carlos Realpe,
and Joel Kreider*

Seth M. Friedman
Lewis Brisbois Bisgaard & Smith LLP
24 Drayton Street,Suite 300
Savannah, GA 31401
*Seth.friedman@lewisbrisbois.com*

*Counsel for Defendant U.S. All Star
Federation*

Mario Anthony Pacella
Strom Law Firm, LLC
160 Clairemont Drive
Decatur, GA 30030
*mpacella@stromlaw.com*

*Counsel for Plaintiff*

131879480v.1 0107784/00009

Bryan Guy Harrison
Locke Lord LLP
3333 Piedmont Rd NE
Terminus 200, Suite 2000
Atlanta, GA 30305
*bryan.harrison@lockelord.com*

*Counsel for Defendant Jeff Webb*

Jessica H. Thomas
Ogletree, Deakins, Nash, Smoak &
Stewart, P.C.
One Ninety One Peachtree Tower
191 Peachtree St. NE, Ste. 4800
Atlanta, GA 30303
*jessica.thomas@ogletree.com*

*Counsel for Defendant Varsity Spirit*

Debra Bernstein
Quinn Emanuel Urquhart & Sullivan
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
*debrabernstein@quinnemanuel.com*

*Counsel for Defendant Bain Capital*

*/s/ Elizabeth J. Campbell*
Elizabeth J. Campbell
Georgia Bar No. 349249

*Counsel for Defendant Jeff Webb*

131879480v.1 0107784/00009